

249-08 /DPM/MAM
FREEHILL HOGAN & MAHAR, LLP
Attorneys for Plaintiff
STOLTHAVEN HOUSTON, INC.,
80 Pine Street
New York, NY 10005
Telephone: (212) 425-1900 / Facsimile: (212) 425-1901
Don P. Murnane, Jr. (DPM 3639)
Manuel A. Molina (MM 1017)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
STOLTHAVEN HOUSTON, INC.,                     08 CIV.      (      )

              Plaintiff,                         **RULE 7.1 CORPORATE**
   -against-                                   **DISCLOSURE STATEMENT**

RACHEL B, its engines, tackle apparel, etc., *in rem*, and
HILTVEIT ASSOCIATES, INC. and ZAREPTA
CHEMICAL KS, *in personam,*
------------------------------------------------------------------x

     STOLTHAVEN HOUSTON, INC., by and through its undersigned attorneys Freehill Hogan & Mahar, LLP, and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, certifies that it is a wholly owned subsidiary of Stolt-Nielsen S.A., which is not a publicly traded corporation in the United States.

Dated: New York, New York
       May 7, 2008

                   FREEHILL HOGAN & MAHAR, LLP
                   Attorneys for Plaintiff
                   STOLTHAVEN HOUSTON, INC.

                   By: *[signature]*
                    Don P. Murnane, Jr. (DPM 3639)
                    Manuel A. Molina (MM1017)

NYDOCS1/304194.1