UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

STOLTHAVEN HOUSTON, INC.,

                Plaintiff,

    v.

RACHEL B, its engines, tackle apparel, etc., *in rem*,
and HILTVEIT ASSOCIATES, INC. and
ZAREPTA CHEMICAL KS, *in personam*,

                Defendants.

------------------------------------------------------------x

08 Civ. 4327 (RPP)

**ORDER TO SHOW CAUSE**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/12/08

      Defendant Zarepta Chemical KS ("Zarepta") having applied to this Court for an Order requiring Plaintiff, Stolthaven Houston, Inc. ("Plaintiff"), to show cause why this Court's *Ex Parte* Order for Process of Maritime Attachment and Garnishment should not be vacated, and the Court having considered the Declaration of Morten Werring, dated June 11, 2008, the Affidavit of William J. Honan, dated June 11, 2008, the exhibits thereto, and the accompanying Memorandum of Law, and for good cause shown, it is hereby

      **ORDERED**, that Plaintiff is to show cause at a hearing before this Court, at Courtroom 24A, United States Courthouse, 500 Pearl Street, New York, NY 10007, on the _16_ day of _June_, 2008, at _2PM_, or as soon thereafter as counsel may be heard, why an Order should not be issued pursuant to Supplemental Rule E of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure:

      (1)    Vacating the attachment of Zarepta's assets; and,

(2)   Awarding Defendant Zarepta such other and further relief as may be just and proper in the premises; and it is further

**ORDERED**, that hand delivery of a copy of this Order and the aforementioned moving papers upon Plaintiff's counsel, Don P. Murnane, Jr., Esq. of Freehill Hogan & Mahar LLP, 80 Pine Street, New York, New York 10005, (212) 425-1900, on or before _June 12_, 2008, at _12 Noon_ p.m., shall be deemed good and sufficient service thereof; and it is further

**ORDERED**, that Plaintiff shall serve answering papers, if any, on or before _June 13_, 2008, at 5:00 p.m., by hand delivery to Holland & Knight LLP, 195 Broadway, New York, New York 10007, Attention: William J. Honan, Esq. and Francesca Morris, Esq.; and it is further

**ORDERED**, that Defendant shall serve reply papers, if any, on or before _June 16_, 2008, at _10 AM_, by hand delivery to Plaintiff's counsel.

Dated: New York, New York
      June 12, 2008

TIME OF ISSUANCE: _10 AM_

SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

# 5396126_v1