William J. Honan
Michael J. Frevola
Francesca Morris
HOLLAND & KNIGHT LLP
195 Broadway
New York, New York 10007-3189
(212) 513-3200
E-mail: william.honan@hklaw.com
michael.frevola@hklaw.com
francesca.morris@hklaw.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
:
STOLTHAVEN HOUSTON, INC., :
:
Plaintiff, :            08 Civ. 4327 (RPP)
:
v. :
:
RACHEL B, its engines, tackle apparel, etc., *in rem*, :   **RULE 7.1 CORPORATE**
and HILTVEIT ASSOCIATES, INC. and :                         **DISCLOSURE STATEMENT**
ZAREPTA CHEMICAL KS, *in personam*, :
:
Defendant. :
:
------------------------------------------------------------------x

I, Francesca Morris, attorney of record for Zarepta Chemical KS ("Zarepta"), having filed an initial pleading in the captioned action and pursuant to Federal Rule of Civil Procedure 7.1, state that:

(1) Zarepta is owned by:

| | |
|---|---|
| KG Investment Company AS, Orreveien 2, 0789 Oslo, Norway | 20% share |
| Norwegian Shipping AS, P.O.B. 1604, 0119 Oslo, Norway | 20% share |
| Morten Werrings Rederi AS, Strandveien 50D, 1366 Lysaker, Norway | 15% share |
| Zarepta Chemical AS, Strandveien 50D, 1366 Lysaker, Norway | 10% share |
| Others (with less than 10% share in the company) | 35% share |

(2) None of the participants who hold 10% or more in the company are publicly held corporations.

Dated: New York, New York
       June 11, 2008

                              Respectfully submitted,

                              Holland & Knight, LLP

                              By: _____
                                  Francesca Morris

                              195 Broadway, 24th Floor
                              New York, New York  10007
                              (212) 513-3200
                              E-mail:  francesca.morris@hklaw.com

                              Attorneys for Defendant
                              Zarepta Chemical KS

# 5399125_v1