William J. Honan
Michael J. Frevola
Francesca Morris
HOLLAND & KNIGHT LLP
195 Broadway
New York, New York 10007-3189
(212) 513-3200
E-mail: william.honan@hklaw.com
michael.frevola@hklaw.com
francesca.morris@hklaw.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
                                                                  :
STOLTHAVEN HOUSTON, INC.,                                         :
                                                                  :
                        Plaintiff,                                :
                                                                  :     08 Civ. 4327 (RPP)
        v.                                                        :
                                                                  :
RACHEL B, its engines, tackle apparel, etc., *in rem*,            :
and HILTVEIT ASSOCIATES, INC. and                                 :     **NOTICE OF APPEARANCE**
ZAREPTA CHEMICAL KS, *in personam*,                               :
                                                                  :
                        Defendants.                               :
                                                                  :
------------------------------------------------------------------x

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD.

Please enter my appearance in accordance with Rule E(8) of the Federal Rules of Civil Procedure Supplemental Rules for Admiralty or Maritime Claims as counsel for ZAREPTA CHEMICAL KS. I certify that I am admitted to practice before this Honorable Court.

Dated: New York, New York
       June 12, 2008

                                            HOLLAND & KNIGHT LLP

                                            By: _____
                                                Michael J. Frevola
                                                195 Broadway
                                                New York, New York 10007-3189

(212) 513-3200

*Attorneys for Defendant
Zarepta Chemical KS*

# 5403463_v1