UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x

STOLTHAVEN HOUSTON, INC.,

                      Plaintiff,

              08 Civ. 4327 (RPP)

    v.

RACHEL B, its engines, tackle apparel, etc., *in rem*,
and HILTVEIT ASSOCIATES, INC. and               **AFFIDAVIT OF SERVICE**
ZAREPTA CHEMICAL KS, *in personam*,

                      Defendants.

------------------------------------------------------------------x

State of New York  )
                     : s.s.:
County of New York )

     Jerome Wills, being duly sworn, deposes and says: I am not a party to the action, am over eighteen years old, and reside at: Brooklyn, New York.

     That on June 12, 2008, at about 11:45 a.m., I served the Order to Show Cause; Defendant's Memorandum in Support of Motion to Vacate this Court's Maritime Attachment Order; Declaration of Mr. Morten E. Werring in Support of Motion to Vacate Attachment with annexed exhibits thereto; and the Affidavit of William J. Honan in Support of Motion to Vacate Attachment and annexed exhibits thereto, on the plaintiff's counsel by leaving true copies of the same with:

    Don P. Murnane, Jr. Esq.
    Freehill Hogan & Mahar LLP
    80 Pine Street, 24th Floor
    New York, New York 10005

                                              _/s/ Jerome Wills_
                                                Jerome Wills

Sworn to before me this
12 day of June 2008

_____
Notary Public
Elvin Ramos
Notary Public, State of New York
NO. 01RA4870243
Qualified in Queens County
Certificate filed in New York County
Commission Expires September 2, 2010