William J. Honan
Michael J. Frevola
Francesca Morris
HOLLAND & KNIGHT LLP
195 Broadway
New York, New York  10007-3189
(212) 513-3200
E-mail:  william.honan@hklaw.com
            michael.frevola@hklaw.com
            francesca.morris@hklaw.com

ATTORNEYS FOR DEFENDANT
ZAREPTA CHEMICAL KS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
STOLTHAVEN HOUSTON, INC.,

                      Plaintiff,

         v.

RACHEL B, its engines, tackle apparel, etc., *in rem*,
and HILTVEIT ASSOCIATES, INC. and
ZAREPTA CHEMICAL KS, *in personam*,

                      Defendant.
------------------------------------------------------------------x

08 Civ. 4327 (RPP)

**NOTICE OF FOREIGN LAW PURSUANT TO RULE 44.1 OF FED. R. CIV. P.**

Pursuant to Rule 44.1 of the Federal Rules of Civil Procedure, Defendant, Zarepta Chemical KS ("Zarepta"), by its attorneys Holland & Knight LLP, hereby give notice of its intention to raise a question of foreign law, viz., that the bareboat charter party entered into between Zarepta and Norfolk LP believed to have a place of business at 150 Motor Parkway, Hauppauge, NY 11788 through Norfolk's apparent General Partner Hiltveit Associates, Inc. ("Hiltveit"), for the charter of the vessel "MV Rachel B" (the "Vessel") is governed by Norewegian law.

Dated:   New York, New York
         June 16, 2008

                        HOLLAND & KNIGHT LLP

                    By: *Francesca Morris* (signature)
                        William J. Honan
                        Michael J. Frevola
                        Francesca Morris

                        195 Broadway
                        New York, New York 10007-3189
                        (212) 513-3200

                        *Attorneys for Defendant*
                        *Zarepta Chemical KS*

\# 5407153_v1