## AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## SOUTHERN District of NEW YORK

Index Number: 08CV4327                                              Date Filed: _____

Plaintiff:
**STOLTHAVEN HOUSTON INC.,**

vs.

Defendants:
**RACHEL B, its engines, tackle apparel, etc., in rem: and HILTVEIT ASSOCIATES INC. and ZAREPTA CHEMICAL KS, in personam,**

For:
FREEHILL, HOGAN & MAHAR LLP
80 Pine Street
New York, NY 10005

Received by GOTCHA ATTORNEY SERVICES, INC. to be served on **HILTVEIT ASSOCIATES, INC., 150 MOTOR PARKWAY, HAUPPAUGE, NY 11788.**

I, Thomas Steidel, being duly sworn, depose and say that on the **16th day of June, 2008 at 4:14 pm**, I:

Served the above entity by delivering a true copy of the **SUMMONS AND VERIFIED COMPLAINT** to: **NANCY AWADALLAH** as **PURCHASING AGENT** at the address of: **150 MOTOR PARKWAY, HAUPPAUGE, NY 11788**, who stated they are authorized to accept service for **HILTVEIT ASSOCIATES, INC.**

**Description** of Person Served: Age: 35, Sex: F, Race/Skin Color: White, Height: 5'7", Weight: 140, Hair: Black, Glasses: Y

I am over the age of eighteen, have no interest in the above action and have the authority to serve process pursuant to CPLR 2103.

Subscribed and Sworn to before me on the 17th day
of June, 2008 by the affiant who is personally known
to me.

_____
NOTARY PUBLIC

ANDREA MOLODY
Notary Public, State of New York
No. 01MO6037166
Qualified in Suffolk County
Commission Expires Feb. 14, 20_10_

_____
Thomas Steidel
Process Server

GOTCHA ATTORNEY SERVICES, INC.
P.O. Drawer 1240
Aquebogue, NY 11931
(631) 369-4925

Our Job Serial Number: 2008002659

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V5.9t

249-08/DPM/MAM

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

STOLTHAVEN HOUSTON INC.,

    Plaintiff,

v.

RACHEL B, its engines, tackle apparel, etc., *in rem*; and HILTVEIT ASSOCIATES INC. and ZAREPTA CHEMICAL KS, *in personam*,

    Defendants.

**SUMMONS IN A CIVIL ACTION**

JUDGE PATTERSON

CASE NUMBER:

**08 CIV 4327**

TO: (NAME AND ADDRESS OF DEFENDANT)

HILTVEIT ASSOCIATES INC.
150 Motor Parkway
Hauppauge, NY 11788

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (NAME AND ADDRESS)

FREEHILL HOGAN & MAHAR LLP
80 Pine Street
New York, New York 10005
(212) 425 1900
Attn: Don P. Murnane, Jr., Esq.
      Manuel A. Molina, Esq.

an answer to the verified complaint which is hereby served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the verified complaint.

**J. MICHAEL McMAHON**

CLERK _____

BY DEPUTY CLERK

MAY 07 2008

DATE

NYDOCS1/304189.1

## RETURN OF SERVICE

Service of the Summons and Complaint was made by me*    Date

_____

NAME OF SERVER (PLEASE PRINT)    TITLE

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE

☐    SERVED PERSONALLY UPON THE DEFENDANT. PLACE WHERE SERVED:

☐    LEFT COPIES THEREOF AT THE DEFENDANT'S DWELLING, HOUSE OR USUAL PLACE OF ABODE WITH A PERSON OF SUITABLE AGE AND DISCRETION THEN RESIDING THEREIN. NAME OF PERSON WITH WHOM THE SUMMONS AND COMPLAINT WERE LEFT WITH:

☐    RETURNED UNEXECUTED:

☐    OTHER                                                                                                    (specify):

## STATEMENT OF SERVICE FEES

TRAVEL    SERVICES    TOTAL

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____

    (date)        (Signature of Server)

        (Address of Server)