William J. Honan
Michael J. Frevola
Francesca Morris
HOLLAND & KNIGHT LLP
195 Broadway
New York, New York 10007-3189
(212) 513-3200
E-mail: william.honan@hklaw.com
         michael.frevola@hklaw.com
         francesca.morris@hklaw.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------x
                                                      :
STOLTHAVEN HOUSTON, INC.,                             :
                                                      :          08 Civ. 4327 (RPP)
                                  Plaintiff,           :
                                                      :
                  v.                                  :
                                                      :          **NOTICE OF MOTION FOR**
RACHEL B, its engines, tackle apparel, etc., *in rem*, :          **DETERMINATION OF**
and HILTVEIT ASSOCIATES, INC. and                    :          **AMOUNT OF ATTORNEYS'**
ZAREPTA CHEMICAL KS, *in personam*,                   :          **FEES AND COSTS IN**
                                                      :          **ACCORDANCE WITH**
                                  Defendants.          :          **JULY 18, 2008 ORDER**
                                                      :
-----------------------------------------------------------------------x


        **PLEASE TAKE NOTICE THAT**, on the accompanying Affidavit of William J. Honan

in Support of Motion for Attorneys' Fees and Costs, dated August 14, 2008, and accompanying

memorandum of law the undersigned move this Court before the Honorable Robert P. Patterson

for an Order awarding $55,712.25 in attorneys' fees and $2,514.33 in costs, for a total of

$58,226.58, in accordance with the Court's Opinion and Order of July 18, 2008.

**PLEASE TAKE FURTHER NOTICE THAT**, response and reply papers should be served in accordance with the Federal Rules of Civil Procedure and the Local Civil Rules of the Southern District of New York.

Dated: New York, New York
      August 14, 2008

                HOLLAND & KNIGHT LLP

By:_____
                William J. Honan
                Michael J. Frevola
                Francesca Morris
                195 Broadway
                New York, New York  10007-3189
                (212) 513-3200

                *Attorneys for Defendant*
                *Zarepta Chemical KS*

# 5531826_v1