

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

STOLTHAVEN HOUSTON INC.,

                Plaintiff,                08 CIV. 4327 (RPP)

-against-

                                                          **NOTICE OF APPEAL**

RACHEL B, its engines, tackle apparel, etc., *in rem*, and
HILTVEIT ASSOCIATES, INC. and ZAREPTA
CHEMICAL KS, *in personam,*

                Defendants.
------------------------------------------------------------x

Notice is given that Plaintiff, STOLTHAVEN HOUSTON INC., hereby appeals to the United States Court of Appeals for the Second Circuit from the Order of the United States District Court for the Southern District of New York, entered in this action on July 18, 2008, which granted the motion to vacate the attachment of Defendant ZAREPTA CHEMICAL KS and awarded the Defendant attorneys' fees. A copy of the July 18, 2008 Order is annexed hereto as Exhibit A.

Dated: New York, New York
         August 18, 2008

                                             FREEHILL HOGAN & MAHAR, LLP

                                   By: _____
                                        Don P. Murnane, Jr. (DM 3639)
                                        Manuel A. Molina (MM1017)
                                        80 Pine Street
                                        New York, New York 10005-1759
                                        Tel: (212) 425-1900
                                        Fax: (212) 425-1901

                                        Attorneys for Plaintiff
                                        STOLTHAVEN HOUSTON INC.

NYDOCS1/310679.1