File No.: 2279-2

**DeORCHIS & PARTNERS, LLP**
61 Broadway, 26th Floor
New York, New York 10006-2802
(212) 344-4700

Attorneys for Defendant

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
STOLTHAVEN HOUSTON, INC.,

                Plaintiff,                            08 CIV. 4327

   -against-                                 **FED. R. CIV. P.**
                                                     **7.1 CERTIFICATION**

RACHEL B, its engines, tackle apparel, etc.,
*in rem*, and HILTVEIT ASSOCIATES, INC.,
and ZAREPTA CHEMICAL KS, *in personam*,

                Defendants.
-----------------------------------------------------------X
RACHEL B, its engines, tackle apparel, etc.,
*In rem*, and HILTVEIT ASSOCIATES, INC.,
and ZAREPTA CHEMICAL KS, *in personam*,

                Third Party Plaintiffs,

   -against-

MERISOL USA LLC,

                Third Party Defendant.
-----------------------------------------------------------X

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure of the United States District Courts, the undersigned counsel for Defendant and Third Party Plaintiff, HILTVEIT ASSOCIATES, INC. (a private non-governmental party) certifies upon information and belief that there are no public parents or affiliates and no publicly held corporation owns more than ten percent of the stock.

Dated: New York, New York
August 25, 2008

                                        DeORCHIS, & PARTNERS, LLP
                                        Attorneys for Defendant and Third-Party Plaintiff
                                        HILTVEIT ASSOCIATES, INC.

                                        By: _____
                                            William E. Lakis (WL-9355)
                                            61 Broadway, 26th Floor
                                            New York, New York 10006-2802
                                            (212) 344-4700
                                            Our File: 2279-2

T O : FREEHILL HOGAN & MAHAR, LLP
*Attorneys for Plaintiff*
STOLTHAVEN HOUSTON, INC.
88 Pine Street
New York, New York 10008
(212) 425-1900
    Attn: Don P. Murname, Jr., Esq.
           Manuel A. Molina, Esq.

HOLLAND & KNIGHT
*Attorneys for Defendant*
ZAREPTA CHEMICAL KS
195 Broadway
New York, New York 10007
(212-513-3200)
    Attn: William J. Honan, Esq.
           Michael J. Frevola, Esq.
           Francesca Morris, Esq.