```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/27/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
STOLTHAVEN HOUSTON INC.,                                                 08 CIV. 4327 (RPP)

                Plaintiff,                                        **STIPULATION AND ORDER**

   -against-

RACHEL B, its engines, tackle apparel, etc., *in rem*, and
HILTVEIT ASSOCIATES, INC. and ZAREPTA
CHEMICAL KS, *in personam*,

                Defendants.
------------------------------------------------------------------x

      WHEREAS, Plaintiff STOLTHAVEN HOUSTON INC., has appealed to the United States Court of Appeals for the Second Circuit from the Order of this Court, entered on July 18, 2008, which granted the motion to vacate attachment of Defendant ZAREPTA CHEMICAL KS ("Defendant") and awarded the Defendant attorneys' fees;

      WHEREAS Defendant has brought a motion requesting that this Court determine the amount of attorneys' fees and costs; and

      WHEREAS, Plaintiff and Defendant are presently engaged in negotiations aimed at reaching a settlement of all issues in this action;

      IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff and Defendant, by their undersigned attorneys, that Plaintiff's opposition submission to Defendant's motion shall

be filed on or before September 16, 2008, and Defendant's reply submission shall be filed on or before September 30, 2008.

Dated: New York, New York
       August 26, 2008

| | |
|---|---|
| FREEHILL HOGAN & MAHAR, LLP<br>Attorneys for Plaintiff<br>STOLTHAVEN HOUSTON, INC. | HOLLAND & KNIGHT LLP<br>Attorneys for Defendant<br>ZAREPTA CHEMICAL KS |
| By: *Manuel A. Molina*<br>Manuel A. Molina<br>80 Pine Street<br>New York, NY 10005<br>(212) 425-1900 | By: *Francesca Morris*<br>Francesca Morris<br>195 Broadway<br>New York, New York 10007<br>(212) 513-3200 |

**SO ORDERED:**

*Robert P. Patterson*
Robert P. Patterson, Jr.
U.S.D.J.

8/27/08